LARRY BLANCHARD, PLAINTIFF-APPELLANT, v. TOWN OF KEARNY AND JAMES HESLEN, DEFENDANTS-RESPON-DENTS, AND TOWN OF KEARNY, THIRD-PARTY PLAINTIFF, v. JOHN BARNOWSKI, SR., *ET AL.*, THIRD-PARTY DEFENDANTS.

Superior Court of New Jersey
Appellate Division

Argued October 3, 1977—Decided October 19, 1977.

Before Judges ALLCORN, MORGAN and HORN.

*Mr. Robert A. Rusignola* argued the cause for appellant (*Messrs. Rusignola & Pugliese,* attorneys).

*Mr. Charles A. Rooney, Jr.* argued the cause for re-spondents (*Messrs. Rooney, Peduto & Rooney,* attorneys; *Mr. Gustave A. Peduto,* of counsel).

PER CURIAM. The judgment is affirmed substantially for the reasons given in the trial judge's reported opinion. 145 *N. J. Super.* 246 (Law Div. 1976).